KYLE R. KNAPP
Attorney at Law
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Gerald Luckey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 17-CR-00100 - JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO** |
| GERALD LUCKEY, | ) CONTINUE JUDGEMENT AND SENTENCING |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Timothy Delgado, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, GERALD LUCKEY, that the previously scheduled sentencing date of January 30, 2018, be vacated and the matter set for sentencing on February 13, 2018 at 9:15am.

This continuance is requested to allow counsel additional time to finalize some objections to some of the information contained within the presentence report. I have contacted Mr. Delgado, and Ms. Morehouse and they have no objection to the continuance.

In light of the above request the following revised sentencing schedule is requested - Judgement and Sentencing — February 13, 2018; Reply or Statement of Non Opposition to Motion to Correct PSR/Formal Objections due February 6, 2018; the

final PSR has been filed.

Dated: January 26, 2018                Respectfully submitted.


                                       /s/ Kyle R. Knapp
                                       Kyle R. Knapp
                                       Attorney for Defendant, Gerald
                                       Luckey

Dated: January 26, 2018                Respectfully submitted.


                                       /s/ Timothy Delgado
                                       Timothy Delgado
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


IT IS SO ORDERED.


DATE:  January 26, 2018




                                       /s/ JOHN A. MENDEZ
                                       HON. JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE